PETER A. LEIDEL et al., Appellants, v JOHN P. ANNICELLI, Doing Business as OLD STONE HILL ROAD ASSOCIATES, et al., Respondents.

Submitted July 28, 2014; decided October 16, 2014

Motion for leave to appeal dismissed upon the ground that the Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the Constitution and the stipulation does not qualify as a final judgment within the meaning of CPLR 5602 (a) (1) (ii) to bring up for review the prior nonfinal Appellate Division order because it was entered into without prejudice.

SUARNA MEHULIC, Appellant, v NEW YORK DOWNTOWN HOSPITAL, Respondent.

Submitted March 10, 2014; decided October 16, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SUARNA MEHULIC, Appellant, v NEW YORK DOWNTOWN HOSPITAL, Respondent.

Submitted March 31, 2014; decided October 16, 2014

Motion for a stay dismissed as academic.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

DORIS KAY DUMMITT, Individually and as Executrix of RONALD DUMMITT, Deceased, Respondent, v A.W. CHESTERTON et al., Defendants, and CRANE Co., Appellant.

Submitted October 20, 2014; decided October 16, 2014